IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED

2012 JUL 27 P 4: 45

CLERK US DISTRICT COURT
ALEXANDRIA. VIRGINIA

| | |
|---|---|
| MARVEL-SCHEBLER AIRCRAFT CARBURETORS LLC, a North Carolina limited liability company,<br><br>Plaintiff/Counterdefendant<br><br>v.<br><br>AVCO CORPORATION, a Delaware corporation,<br><br>Defendant/Counterplaintiff | MISC CASE NO.: 1:12mc30 (AJT/IDD)<br><br>Case Pending: U.S.D.C. Middle District of North Carolina, Greensboro Division<br><br>Case No.: 1:10-cv-00745-TDS-LPA<br><br>Case No.: 1:10-cv-00201-TDS-LPA |

## MOTION TO QUASH SUBPOENA OF
## NON-PARTY GREENBERG TRAURIG, LLP

COMES NOW, non-party Greenberg Traurig, LLP ("Greenberg Traurig"), by and through their undersigned counsel and hereby moves, pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, to quash a subpoena to Greenberg Traurig, commanding testimony by deposition and the production of documents, purportedly served by plaintiff Marvel-Schebler Aircraft Carburetors LLC ("Plaintiff" or "MSA"). The underlying actions are filed in the United States District Court for the Middle District of North Carolina, Case Nos. 1:10-cv-00745-TDS-LPA and 1:10-cv-00201-TDS-LPA ("the North Carolina actions"). Greenberg Traurig is counsel for the defendant in the North Carolina action. In support of this motion, Greenberg Traurig submits the attached accompanying Memorandum of Law, Exhibits 1-7, Notice of Hearing, all of which are adopted and incorporated by reference as if fully set forth herein.

WHEREFORE, Non-Party Greenberg Traurig respectfully requests that this Court enter an Order quashing the subpoena directed to Greenberg Traurig, LLP, commanding testimony by deposition and the production of documents, and impose sanctions against Plaintiff and its counsel.

Dated: July 27, 2012

Respectfully submitted,

By: _____
David S. Panzer, VSB # 43085
*Attorney for Non-Party Greenberg Traurig LLP*
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 533-2324
Facsimile: (202) 261-0123
*panzerd@gtlaw.com*